AO 450 (Rev.5/85) Judgement in a Civil Case
==============================================================

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN RUSSELL                         JUDGMENT IN A CIVIL CASE

VS.                                   3:CV-06-1459

ALCOA, INC.


\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a Trial by Jury, The issues have been tried and the jury has rendered its verdict.

**xx Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    that judgment is entered in favor of defendant, Alcoa, Inc., and against plaintiff, Brian Russell.


MARCH 31, 2008                        MARY E. D'ANDREA
DATE                                  CLERK

                                      *(signature)*
                                      DEPUTY CLERK